6/28/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RECEIVED IN THE OFFICE OF
JUDGE SUSAN J. DLOTT
JUL 07 2025
UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA        CASE NO. 1:24-CR-031
PLAINTIFF

                                  HONORABLE JUDGE DLOTT

VS.

                                  MOTION TO REQUEST TRANSFER

KEVIN DERAMUS
DEFENDANT

Now comes the Defendant Kevin DeRamus pro'se movant here by asking the court respectfully for a request to transfer out of Butler County Jail. The Defendant has been house inside the Butler County Jail since April 16, 2024

ARGUEMENT

Mr. DeRamus asking the court respectfully to give the defendant a transfer due to Butler County Jail isolation involves federal detainees ranges from 20 hours per day to 24 hours per day. This involves being locked down in a large closet sized room, often with no clean drinking water, limited to shower, no access to exercise. Defendant has spoke with current attorney with this issues before. Defendant also fears for his life at Butler County Jail. Defendant has also been beating in the head with bars of soap in a sock over the telephone. Three weeks later the defendant was beat on again. Defendant has serious health issues and too old to be getting beat on. Defendant is asking the courts respectfully to transfer the defendant to a safer environment. Defendant asked for a seperaration Butler County classification C.O put right back in the same unit with the violent inmate. Defendant does not feels safe at Butler County. It's inhuman here at Butler County.

KEVIN DECAMUS 506-195
705 HANOVER ST.
HAMILTON, OH 45011

RECEIVED
JUL - 7 2025
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

CINCINNATI OH 450
2 JUL 2025 PM 2 L

45202-397699

OFFICE OF THE CLERK
POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET RM 103
CINCINNATI, OH 45202