United States District Court
Southern District of Ohio
Western Division

United States of America            Case No. 1:24-CR-031
Plaintiff

                                    Honorable Judge Dlott
vs.

Kevin DeRamus                       Motion to Request a
Defendant                           Mental Health Evaluation

Now comes the Defendant Kevin DeRamus Pro'se movant here by asking the courts respectfully to refer the defendant to have a Mental Health Evaluation after speaking with current counsel who advise over 6 months ago that he would recommend defendant be seen to get a evaluation after speaking with the Butler County Mental staff they have put the defendant on medication but the defendant was asking if the courts could respectfully have a evaluation done through the courts to get the help the defendant needs the defendant also has a pass of sexually abuse he deals with so the defendant is asking respectfully for a court request for a evaluation.

MR. KEVIN DeRAMUS 306-195
705 HANOVER ST
HAMILTON, OH 45011

CINCINNATI OH 450
1 JUL 2025 PM 2 L

OFFICE OF THE CLERK
POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET RM 103
CINCINNATI, OH 45202

45202-397699