7/3/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RECEIVED IN THE OFFICE OF
JUDGE SUSAN J. DLOTT

JUL 1 0 2025

UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA
    PLAINTIFF

CASE NO. 1:24-CR-031

HONORABLE JUDGE SUSAN J. DLOTT

VS.

KEVIN DERAMUS
    DEFENDANT

MOTION TO COMPEL GOVERMENT
TO GIVE ALL DISCOVERY AND BRADY
MATERIAL TO THE DEFENDANT

NOW COMES THE DEFENDANT KEVIN DERAMUS PRO'SE MOVANT HERE
BY ASKING THE COURT TO COMPEL THE GOVERMENT UNDER RULE 16
OF THE FEDERAL RULE OF CRIMINAL PROCEDURE FOR THE SECOND
TIME TO PRODUCE ALL DISCOVERY OR BRADY MATERIAL TO THE DENFENDANT.

## Argument

Current attorney filed for Motion For Discovery 4/2/24 The Defendant Kevin DeRamus just now receiving some of his discovery 2/21/25 on a hard drive everything is not there. Mr. DeRamus asking the court to compel the goverment to give the defendant all the probable chuse to all of the denfendant search warrants, wire taps and GPS trackers I have been trying to get this material for some months. The Defendant is aware that he is entitled to (i) relevant written or recorded statements by the Defendant or co-denfendant, or copies thereof: (ii) written summaries of any oral statements by Defendant or Co-Defendant to the proseluting attorney or any law enforcement officer: (iii) recorded testimony of the Defendant or Co-Defendant before a grand jury: (a) to inspect and copy or photograph any of the following which are available to, or within the possession, custody, or control of the goverment the existence of which is known or by the exercise of due diligence may become known to the proseluting attorney. (b) to inspect and copy or photograph books, papers, audio and video tape recordings, documents, photographs, tangible objects, buildings or places or copies or portions thereof, available to or within the possession, custody or control of the Government, and which are material to the preparation of his defense, or are intended for use by the proseluting attorney as evidence at the trial or were obtained from or belong to the defendant. (c) to inspect and copy or photograph any results or reports or physical or mental examinations and of scientific tests or experiments made in connection with the particular case, or copies thereof, available to or within the possession, custody or control of the government, the existence of which is known or by the exercise of due diligence may become known to the proseluting attorney.

(2) Furnish Defendant

(a) A copy of the Defendant's prior criminal records, which is available to or within the possession, custody or control of the Government;

(b) A written list of the names and addresses of all witnesses whom the prosecuting attorney intends to call at trial, together with any record of prior felony convictions of any such witnesses or other impeachment material: promises of leniecy or immunity for witness, which record is within knowledge of the prosecuting attorney.

(3) Disclose the counsel for the Defendant all evidence, known or which may become known to the prosecuting attorney, favorable to the Defendant and material either to guilt or punishment. The Defendant is asking the courts respectfully to compel the Goverment to turn over all of the Discovery I have search warrants with no probable cause attache to them at all I have no way to figure out if the warrants or valid. Brady Material

## Conclusion

The Defendant would like to see what the Probable cause is for the warrants for the GPS tracker wire taps and all other search warrants the Defendant don't understand why wouldan't they make the Probable cause availible for him to see. I feel that it would be better if to see the search warrants all of them and Probable cause in there entirety to make a decision.

THE DEFENDANT FEEL AS HE HAS TO JUST TAKE HIS ATTORNEY WORD FOR IT THE DEFENDANT FEEL HE WASN'T IN HIS RIGHT STATE OF MIND AT THE TIME OF ACCEPTING THE PLEA. WE DIDN'T EVEN GO OVER THE PLEA AGREEMENT. I'M ASKING THE COURTS RESPECTFULLY TO GIVE ME PROBABLE CAUSE TO THESE WARRANTS THAT LAW ENFORCEMENT USED IN INVADE MY 4TH AMENDMENT AND I WOULD ASK THE COURT RESPECTFULLY YOUR HONOR TO GIVE ME SOME TIME TO GO OVER MY PROBABLE CAUSE I FEEL THO AS MY LACK OF LEGAL COMPETENCY SHOULD NOT BE USED TO INVOKE A PLEA

7-7-25

Michael Henry Eibeck
Notary Public, State of Ohio
My Commission Expires:
May 17, 2028