IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:24CR00031-001 |
| | : | |
| Plaintiff, | : | JUDGE DLOTT |
| | : | |
| KEVIN DERAMUS , | : | |
| | | DEFENSE COUNSEL'S MOTION |
| | : | TO DETERMINE COMPETENCY |
| | | OF DEFENDANT |
| Defendant, | : | |

Pursuant to 18 United States Code Section 4241 , Counsel for the Defendant respectfully request for a hearing to determine the mental competency of the Defendant . Based on the enigmatic conduct of the Defendant , Defense Counsel has reason to believe that Defendant may be presently suffering and may have been suffering from a mental disease or defect at the time he entered his plea agreement rendering him mentally incompetent to understand the nature and consequences of the proceedings against him and to assist properly in his defense .

Respectfully Submitted,

*/s/:  Clyde Bennett II*_____
Clyde Bennett, II (0059910)
119 E. Court Street
Cincinnati, OH  45202-1203
Direct Phone: (513) 233-5555
Office Phone:  (513) 632-9503
Fax: (513) 721-5824
Email: clyde@clydebennettthelaw.com
Website: www.clydebennettthelaw.com
Attorney for Kevin Deramus

CERTIFICATE OF SERVICE

1

2

I hereby certify that a copy of the foregoing was served by electronically filing the foregoing with the Clerk of Court by using the CM/ECF system which will send notification of such filing to the above to the Assistant U.S. Attorney for the U.S. District Court, Southern District of Ohio, Western Division.

*/s/:  Clyde Bennett II*_____