IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| United States of America, | : | |
| --- | --- | --- |
| | : | Case No. 1:24-cr-031 |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | Order Designating Psychologist to |
| Kevin Deramus *a/k/a* "K-Bone", *et al.*, | : | Examine Defendant Deramus |
| | : | |
| Defendants. | : | |

Defendant Kevin Deramus *a/k/a* "K-Bone" pleaded guilty to Count 1 of the Indictment, conspiracy to district and possess with the intent to distribute one kilogram or more of heroin, four hundred grams or more of fentanyl, and cocaine in violation of 21 U.S.C. §§ 841 and 846, on May 6, 2025. (Docs. 86–87.) The Court has not yet sentenced Deramus. He remains in the custody of the United States Marshals Service ("USMS").

On July 29, 2025, the Court issued an Order granting Defense Counsel's Motion to Determine Competency of Defendant. (Doc. 113.) The Court designated a psychologist to examine Deramus for competency, but she was unable to complete the examination due an unforeseen complication. (*Id.*) Pursuant to 18 U.S.C. § 4241(b), the Court now designates Dr. Edward Connor, a psychologist, of Connor and Associates, PLLC as a Court-appointed examiner in this case. Dr. Connor shall determine whether Deramus was and is suffering from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense. Dr. Connor shall prepare a report pursuant to 18 U.S.C. § 4247(c) within thirty days or request a short extension of time from the Court if necessary. The report shall address (1) whether Deramus was competent when he

entered his plea of guilty, (2) whether Deramus is competent to proceed with sentencing, and (3) whether and how the mental condition of Deramus should affect his sentence. *See United States v. Denkins*, 367 F.3d 537 (6th Cir. 2004). The report shall be sent to: The Honorable Susan J. Dlott, United States District Court Judge, Potter Stewart U.S. Courthouse, 100 East Fifth Street, Room 227, Cincinnati, Ohio 45202. The Court will then file the report into the CM/ECF record under seal and schedule a second hearing on the competency issue. Deramus is to remain in the custody of the USMS.

    **IT IS SO ORDERED.**

                                        BY THE COURT:

                                        S/Susan J. Dlott
                                        Susan J. Dlott
                                        United States District Judge