**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | **CASE NO.  1:24-CR-0031(1)** |
| | **:** | |
| **Plaintiff,** | **:** | **JUDGE SUSAN DLOTT** |
| | **:** | |
| **KEVIN DERAMUS ,** | | |
| | **:** | |
| **Defendant,** | **:** | |

**NOTICE OF APPEAL**

Notice is hereby given that Defendant  Kevin Deramus hereby appeals to the United

States Court of Appeals for the Sixth Circuit  from the Judgement entered in this action. The

undersigned counsel respectfully request this Court to appoint Defendant appellate counsel to

prosecute his appeal . .

Respectfully Submitted,

*/s/:  Clyde Bennett II*_____
Clyde Bennett, II (Supreme Court No. 0059910)
119 E. Court Street
Cincinnati, OH  45202
Direct Phone: (513) 233-5555
Office Phone:  (513) 632-9503
Fax: (513) 721-5824
Email: clyde@clydebennettthelaw.com
Website: www.clydebennettthelaw.com
Attorney for Defendant
Kevin Deramus

**CERTIFICATE OF SERVICE**

1

I hereby certify that a copy of the foregoing was served upon the Assistant United States Attorney by electronically filing the foregoing with Clerk of Court by using the CM/ECF system which will send notification of such filing to the above.

*/s/:  Clyde Bennett II*_____